UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Christopher Cole

   v.                                                 Civil No. 11-cv-018-JL

Robert Thyng, et al.


**O R D E R**

Before the court is a letter (doc. no. 19), addressed to the Clerk of Court, filed by pro se plaintiff Christopher Cole, seeking to withdraw Cole's motion to amend (doc. no. 11) and motion for appointment of counsel (doc. no. 12). Cole has asserted that he intends to correct mistakes, improve and redraft these motions, and refile them. For good cause shown, Cole's request to withdraw these motions is granted.

Cole has additionally inquired whether he must withdraw claims asserted in his complaint in order to revise or rewrite the complaint itself. As this court will not provide legal advice to a party, the court directs plaintiff to Fed. R. Civ. P. 15(a) and this court's Local Rule 15.1, which govern motions to amend a complaint, and further notes that an initial amendment to the complaint may be filed within twenty-one days after service, as a matter of course. As this matter has not yet been served, that period has not expired.

Conclusion

For the foregoing reasons, the court grants plaintiff's request, set forth in a letter (doc. no. 19), seeking to withdraw his motion to amend (doc. no. 11) and motion for appointment of counsel (doc. no. 12), without prejudice to his proper refiling of those motions.  The clerk shall mark the docket accordingly.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

Date:  May 10, 2011

cc:  Christopher Cole, pro se

LBM:nmd